LOUIS LEVINE, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 23653.) Claimant is directed to submit to the court on notice a proposed decision and order reversing the findings of the Court of Claims regarding the items enumerated and making new findings in

conformity with this decision. Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ., concur.